STATE OF NEW JERSEY v. DAVID KRAFT.

February 29, 1972. Petition for certification denied.

MERRITT INCORPORATED v. DAN PARRISH, *ET AL.*

February 29, 1972. Petition for certification denied.

DELAWARE TOWNSHIP BUILDING CORP. v.
TOWNSHIP OF DELRAN.

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT BOONE.

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RANCE REYNOLDS.

February 29, 1972. Petition for certification denied.